■ MARVIN H. SUGARMAN PRODUCTIONS, INC., Respondent, v GOLDEN PHOENIX COMMUNICATIONS CORPORATION et al., Defendants, and IRWIN MEYER, Appellant.—Order and judgment, Supreme Court, New York County, entered on August 3 and August 13, 1976, respectively, so far as appealed from, unanimously affirmed for the reasons stated by Chimera, J. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Lane and Markewich, JJ.

■ MYRNA WRIGHT et al., Appellants, v AETNA CASUALTY AND SURETY COMPANY, Respondent.—Order, Supreme Court, New York County, entered on July 21, 1976, unanimously affirmed for the reasons stated by S. Rosenberg, J. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Silverman, Markewich and Yesawich, JJ.

■ MILTON MARTIN, Appellant, v NEW YORK TIMES, Defendant, and NORMAN J. LOFTIS, Respondent.—Order, Supreme Court, New York County, entered on January 12, 1976, unanimously affirmed for the reasons stated by Korn, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Lane and Markewich, JJ.

■ HISAKO ONO et al., Respondents, v SAMUEL BERGER, Appellant.— Order, Supreme Court, Bronx County, entered on or about August 25, 1976, unanimously affirmed on the opinion of Helman, J., at Special Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Silverman, Markewich and Yesawich, JJ.

■ INVESTORS INSURANCE COMPANY OF AMERICA, Respondent, v GOLD PLATE STUDIOS CO., INC., et al., Defendants, and LANGHAM MANSIONS CO., Appellant.—Judgment, Supreme Court, New York County, entered on February 25, 1976, unanimously affirmed on the opinion of Asch, J., at Trial Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Silverman, Markewich and Yesawich, JJ.

■ ARNOLD AVELENDA, Respondent, v HERBERT LEVY et al., Appellants. —Order, Supreme Court, New York County, entered on March 5, 1976, and the judgment entered thereon on April 8, 1976 unanimously affirmed on the opinion of Korn, J., without costs and without disbursements. Concur— Kupferman, J. P., Murphy, Silverman, Markewich and Yesawich, JJ.